JAHNA LINDEMUTH
ATTORNEY GENERAL

John Bodick (Alaska Bar No. 8411098)
Assistant Attorney General
State of Alaska, Department of Law
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Telephone:  (907) 269-5190
Facsimile:  (907) 258-0760
Email: john.bodick@alaska.gov
Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WAYNE LEONARD STARKEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN CONANT, et al., )<br>)<br>Defendants. ) | Case No. 3:16-cv-00248-TMB |

## NOTICE

COMES NOW Assistant Attorney General for the State of Alaska, John K.

Bodick, and pursuant to this court's order dated May 12, 2017, hereby gives notice that

the last known addresses of defendants Conant and Cooper have been provided to the

United States Marshal pursuant to Miscellaneous General Order No. 769.  No addresses

were located for a Sergeant Oles.

Dated this 1st day of June, 2017.

JAHNA LINDEMUTH
ATTORNEY GENERAL

By: /s/John Bodick
Assistant Attorney General
AK Bar No. 8411098
State of Alaska, Department of Law
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Telephone: 269-5190
Facsimile: (907) 258-0760
Email: john.bodick@alaska.gov
Attorney for Defendants

Certificate of Service
I certify that on June 1, 2017 the foregoing **Notice** was served via U.S.P.S. mail on:

Wayne Starkey #17277
Goose Creek Correctional Center
PO Box 877790
Wasilla, AK 99687

/s/Cassidy R. White
Cassidy R. White, Law Office Assistant II